

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00610-CV

**SUNDANCE AT STONE OAK ASSOCIATION, INC.**,
Appellant

v.

**NORTHEAST INDEPENDENT SCHOOL DISTRICT**,
Pape-Dawson Engineers, LLC, and Yantis Corporation,
Appellees

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-00127
Honorable David A. Berchelmann Jr., Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. Costs of this appeal are taxed against Appellant Sundance at Stone Oak Association, Inc.

SIGNED November 13, 2013.

_____
Patricia O. Alvarez, Justice